NVB 5011 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

META MATERIALS INC. ,
Debtor(s)

BK−24−50792−gs
CHAPTER 7

Adversary Proceeding: 26−05036−gs

CHRISTINA W. LOVATO
DOUG COLLINS
Plaintiff(s)

vs

CITADEL SECURITIES LLC
VIRTU AMERICAS LLC
ANSON FUNDS MANAGEMENT LP
ANSON ADVISORS, INC.
Defendant(s)

TRANSMITTAL OF
MOTION OF WITHDRAWAL OF
THE REFERENCE

CITADEL SECURITIES LLC et al
Movant(s)

vs

CHRISTINA W. LOVATO et al
Respondent(s)

To: U.S. District Court
Bruce R. Thompson Federal Building,
400 Virginia Street,
Reno, NV 89501

Withdrawal of Reference Filed in the Same Bankruptcy Case
or in a Related ADV Case

Movant(s) and Respondent(s) are to file all matters relating to the Motion to Withdraw the Reference with the Clerk of the District Court. All documents relating to other matters in this case shall continue to be filed with the Clerk of the Bankruptcy Court.

Dated: 9/7/26

Dan Owens
Clerk of Court