Ryan J. Works (NSBN 9224)
Jimmy F. Dahu (NSBN 17061)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tel: (702) 873-4100
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com

*Attorneys for Citadel Securities LLC and Virtu Americas LLC*

Michael R. Hogue (NSBN 12400)
10845 Griffith Peak Drive, Suite 600
GREENBERG TRAURIG LLP
Las Vegas, Nevada 89135
Tel: (702) 938-6909
hoguem@gtlaw.com

*Attorneys for Anson Funds Management LP and Anson Advisors, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No. 3:26-cv-00679-MMD<br><br>Bankr. No. 24-50792-gs<br>Bankr. Adv. No. 26-05036-gs |
| CHRISTINA W. LOVATO, in her capacity as Chapter 7 Trustee of the Bankruptcy Estate of Meta Materials Inc., META MATERIALS INC.; AND DOUG COLLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITADEL SECURITIES LLC, VIRTU AMERICAS LLC, ANSON FUNDS MANAGEMENT LP, and ANSON ADVISORS, INC.,<br><br>Defendants. | **NOTICE REGARDING DECLARATION OF JONATHAN K. YOUNGWOOD IN SUPPORT OF DEFENDANTS' MOTION TO WITHDRAW REFERENCE OF ADVERSARY PROCEEDING PURSUANT TO 28 U.S.C. § 157(d) AND FED. R. BANKR. P. 5011** |

Defendants Citadel Securities LLC, Virtu Americas LLC, Anson Funds Management LP, and Anson Advisors, Inc. ("Defendants", and together with Plaintiffs, the "Parties"), by and through their counsel, hereby attach the *Declaration of Jonathan K. Youngwood in Support of Defendants' Motion to Withdraw Reference of Adversary Proceeding Pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011* ("Youngwood Declaration"), filed on September 5, 2026, at ECF No. 25 in Adv. Case No. 26-05036-gs ("Adversary Proceeding") pending in the United States Bankruptcy Court for the District of Nevada. While *Defendants' Motion to Withdraw Reference of Adversary Proceeding Pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011* ("Motion to Withdraw Reference"), filed at ECF No. 23 in the Adversary Proceeding, was transmitted to this Court, the Youngwood Declaration filed in support of the Motion to Withdraw Reference was not. Accordingly, Defendants attach hereto as **Exhibit A** the Youngwood Declaration for the Court's review and reference in considering the Motion to Withdraw Reference.

Dated this 22nd day of September, 2026.

McDONALD CARANO LLP

*/s/ Jimmy F. Dahu*
Ryan J. Works (NSBN 9224)
Jimmy F. Dahu (NSBN 17061)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Citadel Securities LLC and Virtu Americas LLC*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice forthcoming*)
Meredith Karp (*pro hac vice forthcoming*)
425 Lexington Avenue
New York, New York 10017
*Attorneys for Citadel Securities LLC*

GREENBERG TRAURIG LLP
Michael R. Hogue (NSBN 12400)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

Sylvia Simson (*pro hac vice forthcoming*)
Alan J. Brody (*pro hac vice forthcoming*)
One Vanderbilt Avenue
New York, New York 10017
*Attorneys for Anson Funds Management LP and Anson Advisors, Inc.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Andrew G. Gordon (*pro hac vice forthcoming*)
Audra J. Soloway (*pro hac vice forthcoming*)
Alison R. Benedon (*pro hac vice forthcoming*)
Daniel S. Sinnreich (*pro hac vice forthcoming*)
1285 Avenue of the Americas
New York, New York 10019
*Attorneys for Virtu Americas LLC*

DAVIS WRIGHT TREMAINE LLP
Michael V. Rella (*pro hac vice*)
James K. Goldfarb (*pro hac vice forthcoming*)
Shanaye Carvajal (*pro hac vice*)
1251 Avenue of the Americas 42nd Floor
New York, New York 10020
*Attorneys for Virtu Americas LLC*