Jeffrey L. Hartman (NSBN 1607)
HARTMAN & HARTMAN
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
Tel: (775) 324-2800
notices@bankruptcyreno.com

Clayton P. Brust (NSB 5234)
Hannah E. Winston (NSB 14520)
SBW LAW GROUP
3600 Mayberry Drive
Reno, Nevada 89509
Tel: (775) 299-4051
crbust@sbwlawgroup.com
hwinston@sbwlawgroup.com
*Attorneys for Plaintiff Christina W. Lovato, Trustee*

Abe A. Alexander (*pro hac vice forthcoming*)
Cecilia E. Stein (*pro hac vice forthcoming*)
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Tel: (646) 722-8500
aalexander@gelaw.com
cstein@gelaw.com
*Attorneys for Plaintiffs Christina W. Lovato, Trustee, and Doug Collins*

Ryan J. Works (NSBN 9224)
Jimmy F. Dahu (NSBN 17061)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tel: (702) 873-4100
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com
*Attorneys for Citadel Securities LLC and Virtu Americas LLC*

Michael R. Hogue (NSBN 12400)
GREENBERG TRAURIG LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 938-6909
hoguem@gtlaw.com
*Attorneys for Anson Funds Management LP and Anson Advisors, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>META MATERIALS INC.,<br><br>Debtor. | Case No.: 3:26-cv-00679-MMD<br><br>Bankr. No.: 24-50792-gs<br>Bankr. Adv. No.: 26-05036-gs |
| CHRISTINA W. LOVATO, in her capacity as Chapter 7 Trustee of the Bankruptcy Estate of Meta Materials Inc., META MATERIALS INC.; AND DOUG COLLINS, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>vs.<br><br>CITADEL SECURITIES LLC, VIRTU AMERICAS LLC, ANSON FUNDS MANAGEMENT LP, and ANSON ADVISORS, INC.,<br>Defendants. | **STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**<br><br>**(FIRST REQUEST)** |

Plaintiffs Christina W. Lovato and Doug Collins ("Plaintiffs") by and through their counsel, and Defendants Citadel Securities LLC, Virtu Americas LLC, Anson Funds Management LP, and Anson Advisors, Inc. ("Defendants", and together with Plaintiffs, the "Parties"), by and through their counsel, hereby stipulate and agree as follows (the "Stipulation"):

WHEREAS, on August 7, 2026, Plaintiffs filed their Adversary Complaint and attachments ("Complaint") with the Bankruptcy Court for the District of Nevada ("Bankruptcy Court"), thereby commencing Adversary No. 26-05036-gs ("Adversary Proceeding").

WHEREAS, on September 5, 2026, Defendants filed *Defendants' Motion to Withdraw Reference of Adversary Proceeding Pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011* (Adversary Proceeding ECF No. 23) ("Motion to Withdraw") and the *Declaration of Jonathan K. Youngwood in Support of Defendants' Motion to Withdraw Reference of Adversary Proceeding Pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011* (Adversary Proceeding ECF No. 25) ("Youngwood Declaration").

WHEREAS, on September 8, 2026, counsel for Plaintiffs and Defendants agreed to stipulate to extensions to their deadlines to respond to the Motion to Withdraw and Complaint, respectively, including so that the Parties could further discuss case management issues, and accordingly agreed that all Defendants' deadline to respond to the Complaint shall be extended to October 5, 2026, and Plaintiffs' deadline to respond to the Motion to Withdraw shall be extended to October 5, 2026, by separate stipulation filed with this Court, which shall rule on the Motion to Withdraw.

WHEREAS, on September 9, 2026, the Parties filed in the Adversary Proceeding a *Stipulation for Extension of Time for Defendants Citadel Securities, LLC, Virtu Americas LLC, Anson Funds Management LP, and Anson Advisors, Inc. to Respond to the Complaint and to Extend Plaintiffs' Deadline to Respond to Defendants' Motion to Withdraw the Reference From the Bankruptcy Court in the District Court* (Adversary Proceeding ECF No. 36) (the "Briefing Stipulation"), pursuant to which the Parties stipulated and agreed to (i) extend Defendants' deadline to respond to the Complaint to October 5, 2026, and (ii) file a stipulation with this Court to extend Plaintiff's deadline to respond to the Motion to Withdraw to October 5, 2026.

WHEREAS, on September 10, 2026, the Motion to Withdraw was transmitted to this Court (Dkt 3),[1] thereby commencing Case No. 3:26-cv-00679-MMD.

WHEREAS, on September 11, 2026, the Bankruptcy Court entered an order granting the Briefing Stipulation (Adversary Proceeding ECF No. 40).

WHEREAS, pursuant to the Briefing Stipulation, the Parties now file this Stipulation with the Court.

WHEREAS, this is the first extension of time requested, and is not made for purposes of delay.

**NOW, THEREFORE,** the parties hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that the Parties respectfully request the Court to extend the deadline for Plaintiffs to respond to the Motion to Withdraw to October 5, 2026, and extend the deadline for Defendants to file their reply in support of the Motion to Withdraw to October 23, 2026.

Dated: September 23, 2026

HARTMAN & HARTMAN

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman (NSBN 1607)
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
notices@bankruptcyreno.com

GRANT & EISENHOFER P.A.
Abe A. Alexander (*pro hac vice forthcoming*)
Cecilia E. Stein (*pro hac vice forthcoming*)
485 Lexington Avenue
New York, New York 10017
aalexander@gelaw.com
cstein@gelaw.com

CHRISTIAN ATTAR
James W. Christian, *pro hac vice*
1177 W. Loop South, Suite 1700
Houston, Texas 77027

McDONALD CARANO LLP

*/s/ Jimmy F. Dahu*
Ryan J. Works (NSBN 9224)
Jimmy F. Dahu (NSBN 17061)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com
*Attorneys for Citadel Securities LLC and Virtu Americas LLC*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice forthcoming*)
Meredith Karp (*pro hac vice forthcoming*)
425 Lexington Avenue
New York, New York 10017
jyoungwood@stblaw.com
meredith.karp@stblaw.com
*Attorneys for Citadel Securities LLC*

[1] While the Motion to Withdraw was transmitted to this Court, the Youngwood Declaration was not. Counsel for Defendants are currently working with the Clerk's Office to transmit the same and also intend to re-file the Youngwood Declaration with the Court.

KASOWITZ LLP
Stephen W. Tountas, *pro hac vice*
1633 Broadway
New York, New York 10019
stountas@kasowitz.com
*Counsel for Plaintiffs Christina W. Lovato, Trustee, and Doug Collins*

SBW LAW GROUP
Clayton P. Brust (NSB 5234)
Hannah E. Winston (NSB 14520)
3600 Mayberry Drive
Reno, Nevada 89509
crbust@sbwlawgroup.com
hwinston@sbwlawgroup.com

*Attorneys for Plaintiff Christina W. Lovato, Trustee*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Andrew G. Gordon (*pro hac vice forthcoming*)
Audra J. Soloway (*pro hac vice forthcoming*)
Alison R. Benedon (*pro hac vice forthcoming*)
Daniel S. Sinnreich (*pro hac vice forthcoming*)
1285 Avenue of the Americas
New York, New York 10019
agordon@paulweiss.com
asoloway@paulweiss.com
abenedon@paulweiss.com
dsinnreich@paulweiss.com

DAVIS WRIGHT TREMAINE LLP
Michael V. Rella (*pro hac vice*)
James K. Goldfarb (*pro hac vice forthcoming*)
Shanaye Carvajal (*pro hac vice*)
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020
michaelrella@dwt.com
jamesgoldfarb@dwt.com
shanayecarvajal@dwt.com
*Attorneys for Virtu Americas LLC*

GREENBERG TRAURIG LLP

*/s/ Michael R. Hogue*
Michael R. Hogue (NSBN 12400)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
hoguem@gtlaw.com

Sylvia Simson (*pro hac vice forthcoming*)
Alan J. Brody (*pro hac vice forthcoming*)
One Vanderbilt Avenue
New York, New York 10017
sylvia.simson@gtlaw.com
brodya@gtlaw.com
*Attorneys for Anson Funds Management LP and Anson Advisors, Inc.*

IT IS SO ORDERED:

______________________________
UNITED STATES DISTRICT JUDGE

DATED: ________________________